UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant - Appellee. | No. 15-15117<br><br>D.C. No. 4:12-cv-01013-CW<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The answering brief submitted on January 22, 2016 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

A review of the Court's docket reflects that appellant First Amendment Coalition has not submitted corrected paper copies of the excerpts of record as directed by the deficiency notice dated September 4, 2015. Within 7 days of this order, appellant is ordered to file 4 single-sided paper copies of the excerpts of

record, with a white cover and in the format described in 9th Circuit Rule 30-1.6.

Failure to timely comply with this order may subject this case to automatic

dismissal for failure to prosecute pursuant to 9th Circuit Rule 42-1 without further

notice.

The paper copies shall be submitted to the principal office of the Clerk. For

regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk