UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant - Appellee. | No. 15-15117<br><br>D.C. No. 4:12-cv-01013-CW<br>U.S. District Court for Northern California, Oakland<br><br>**DEFAULT ORDER** |

On September 3, 2015, the Court received appellant First Amendment Coalition's deficient paper copies of the excerpts of record and sent counsel a notice of deficiency requesting single-sided paper copies of the excerpts of record within 14 days of the notice. Appellant was directed a second time to file the corrected copies in the Court's order filed on January 25, 2016. To date, appellant has not filed the corrected paper copies of the excerpts of record.

Within 7 days of this order, appellant First Amendment Coalition shall file 4 single-sided paper copies of the excerpts of record in compliance with Court rules.

Failure to comply with this order will result in automatic dismissal of this appeal without further notice pursuant to 9th Circuit Rule 42-1 for failure to prosecute.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk